IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY RAY PEEK,

      Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1430

Opinion filed August 22, 2016.

An appeal from an order of the Florida Commission on Offender Review.
Melinda N. Coonrod, Commissioner.

Anthony Ray Peek, pro se.

Pamela Jo Bondi, Attorney General, and Mark J. Hiers, Assistant General Counsel,
Florida Commission on Offender Review, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.